# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00211-MR-DLH

| | |
|---|---|
| RED SQUARE PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TOWN OF WAYNESVILLE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on counsel's "Request for Secure Leave" [Doc. 13].

Plaintiff's counsel requests protection from court appearances for certain dates. [Doc. 13]. Counsel is advised that secured leave is not recognized in this Court. The Court, however does not intend to set this matter for hearing on any of the dates for which counsel seeks protection. Accordingly, counsel's request is moot.

**IT IS, THEREFORE, ORDERED** that counsel's "Request for Secure Leave" [Doc. 13] is **DENIED AS MOOT**.

IT IS SO ORDERED.

Signed: August 27, 2018

Martin Reidinger
United States District Judge